**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAJESH RANI; AJAI PAL SINGH KANWAR,<br><br>    Petitioners,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>    Respondent. | No. 07-72341<br><br>Agency Nos. A046-330-775<br>A046-866-696<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 6, 2012**

Before:    B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

    Rajesh Rani and Ajai Pal Singh Kanwar, natives and citizens of India,

petition for review of the Board of Immigration Appeals' ("BIA") order denying

their motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review

for abuse of discretion the denial of a motion to reopen, and review de novo claims

_____

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of due process violations due to ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We grant the petition for review and remand for further proceedings.

Contrary to the BIA's determination, petitioners were prejudiced by their former counsel's failure to present an asylum claim based on past harm to members of Rani's husband's family because petitioners had a plausible claim that this harm was on account of a protected ground. *See id.* at 794 (prejudice is established when counsel's errors "may have affected the outcome of the proceedings") (citation omitted). It follows that the BIA abused its discretion in denying petitioners' motion to reopen. We therefore grant the petition for review and remand to the BIA with instructions to reopen and remand the case to the immigration judge for further proceedings consistent with this disposition.

In light of our disposition, we need not address petitioners' remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**